**EX PARTE Joseph M. HEARNS**

**CR-14-0394**

Court of Criminal Appeals of Alabama.

02/03/2015

Mand. pet. denied

**EX PARTE Ernest Braxton DIGGS, Jr.**

**CR-14-0396**

Court of Criminal Appeals of Alabama.

02/03/2015

Mand. pet. denied

**EX PARTE Maurice BULLOCK**

**CR-14-0406**

Court of Criminal Appeals of Alabama.

01/14/2015

Mand. pet. dismissed

**Michael Luvelle SMITH**

v.

**STATE**

**CR-14-0414**

Court of Criminal Appeals of Alabama.

03/12/2015

Reh. denied

**Kenneth D. HILL**

v.

**STATE**

**CR-14-0416**

Court of Criminal Appeals of Alabama.

03/20/2015

Reversed and remanded